**LeClairRyan**
*A Professional Corporation*
One Riverfront Plaza
1037 Raymond Boulevard, 16th Floor
Newark, NJ 07102
(973) 491-3600
Attorneys for Plaintiff, Days Inns Worldwide, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAYS INNS WORLDWIDE, INC., formerly known as DAYS INNS OF AMERICA, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ASHVIN, INC., an Ohio Corporation; RAYMOND PATEL, an individual; and SHAKERI A. PATEL, an individual,<br><br>Defendants. | Civil Action No. 14-cv-6793 (SDW)(SCM)<br><br>**FINAL JUDGMENT BY DEFAULT** |

This matter having been opened to the Court by plaintiff, Days Inns Worldwide, Inc., formerly known as Days Inns of America, Inc. ("DIW"), by its attorneys, LeClairRyan, seeking final judgment by default against defendants, Ashvin, Inc., Raymond Patel and Shakeri A. Patel (collectively, "Defendants"), pursuant to Fed. R. Civ. P. 55(b)(2); and it appearing that the Verified Complaint in this matter was filed on October 30, 2014, seeking damages as a result of the breach of a License Agreement between DIW and Defendants, and service of a copy of the Verified Complaint having been effectuated with respect to Defendants by personal service on November 25, 2015, in Springfield, Ohio; and Defendants having failed to Answer or otherwise respond to the Verified Complaint; and it appearing that default was duly noted by the Clerk of

the Court against Defendants on January 15, 2015 for their failure to plead or otherwise defend in this action; and the Court having reviewed the papers; and good cause having been shown:

**IT IS** on this 6th day of July, 2015,

**ORDERED, ADJUDGED AND DECREED** that DIW have judgment against Defendants, jointly and severally, in the total amount of $359,415.59 comprised of the following:

(a) $155,652.99 for Recurring Fees (principal plus prejudgment interest);

(b) $14,491.34 for liquidated damages (principal plus prejudgment interest);

(c) $180,048.12 for Lanham Act damages; and

(d) $9,223.14 for attorneys' fees and costs.

_____
HONORABLE SUSAN D. WIGENTON, U.S.D.J.